UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLOW BEND, LLC | CIVIL ACTION |
| VERSUS | NO. 08-1095 |
| BLUE DOT CORPORATION | SECTION "N" (3) |

# **O R D E R and R E A S O N S**

Before the Court is Plaintiff Willow Bend, LLC's ("Willow Bend") **Motion for Entry of a Final Judgment and Certification of Judgment as Final (Rec. Doc. 33)**. The motion seeks to certify as final and appealable this Court's granting of the motion to dismiss for lack of personal jurisdiction as to Downtown ABQ Partners, LLC and Vincent J. Garcia. *See* Rec. Docs. 23, 32. As this Court stated in *Gulf Belting & Gasket Co., Inc. v. Select Ins.*, 2005 WL 3543785 (E.D. La. 2005):

> Federal Rule of Civil Procedure 54(b) allows a court dealing with multiple claims or parties to direct the entry of a final judgment "as to one or more but fewer than all of the claims or parties" in a case, "upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment." FED. R. CIV. P. 54(b). Before directing entry of judgment under Rule 54(b), a district court must first determine that the judgment at issue is a "final judgment" in that it is "an ultimate disposition of an individual claim entered in the course of a multiple claims action." *Curtiss-Wright Corp. v. Gen. Elec. Co.*, 466 U.S. 1, 7, 104 S.Ct. 1673, 80

> L.Ed.2d 1 (1980). The court must then determine whether there is any just
> reason for delay. *Id.* at 8. The district judge has discretion in this regard. *Id.*

*Id.* at * 1. In the instant case, the entry of a judgment as to personal jurisdiction was not an adjudication on the merits and Willow Bend can bring suit against the dismissed defendants where they can be found. Thus, this is not a "final judgment" within the meaning of the Rule. Further, 54(b) is not meant to upend the settled rule against piecemeal appeals without a showing of good cause, which would undoubtedly be the result of granting such certification, and the Court sees no injustice that is avoided by granting the motion. Accordingly, the motion is **DENIED**.

New Orleans, Louisiana, this 9th day of April, 2009.

**KURT D. ENGELHARDT**
**United States District Judge**